[No. 55957-5-I. Division One. January 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-12335-2, Gregory P. Canova, J., entered May 16, 2005. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Becker, JJ.

[No. 56133-2-I. Division One. January 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LYLLIOUNE MARIE WHEATLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-00020-0, Gregory P. Canova, J., entered April 5, 2005. *Remanded* by unpublished opinion per Cox, J., concurred in by Appelwick, C.J., and Agid, J.

[No. 56227-4-I. Division One. January 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT PERRYMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-06413-5, Mary Yu, J., entered May 9, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56475-7-I. Division One. January 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS J. LITTLE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-00808-8, Ira Uhrig, J., entered June 16, 2005. *Reversed* by unpublished per curiam opinion.